# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM BORYSEWICZ & STACIA BORYSEWICZ <br>    Plaintiffs <br><br> v. <br><br> NATIONWIDE CREDIT, INC. <br>    Defendant | CIVIL ACTION NO. <br> 3:10-CV-00055 (CSH) <br><br><br><br><br><br> AUGUST 6, 2010 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiffs, William Borysewicz and Stacia Borysewicz, through their attorney, and the defendant, Nationwide Credit, Inc., through its attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, with each party bearing their own costs and attorney's fees.

Plaintiffs, William Borysewicz and Stacia Borysewicz

By /s/ Daniel S. Blinn
Daniel S. Blinn  (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Tel: (860) 571-0408; Fax: (860) 571-7457
dblinn@consumerlawgroup.com

Defendant, Nationwide Credit, Inc.

By /s/ Claudia M. Sklar
Claudia M. Sklar (ct24451)
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103
Tel: (860) 548-1300; Fax: (860) 548-0023
csklar@ofalaw.com

## **CERTIFICATION**

I hereby certify that on this 6th day of August, 2010, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel S. Blinn
Daniel S. Blinn